**Order filed April 20, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00153-CV
_____

**ANTHONY WHITEHURST, Appellant**

**V.**

**NEW HAMPSHIRE INSURANCE COMPANY, Appellee**

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 18DCV0465**

## ORDER

Appellant has filed a motion to challenge the trial court's order to pay costs. Pursuant to Rule 145(g)(3) of the Texas Rules of Civil Procedure, we order the Chambers County District Clerk and the court reporter for the 344th District Court to prepare and file with this court the record of all trial court proceedings on appellant's claim of inability to afford payment of court costs. _See_ Tex. R. Civ. P. 145(g)(3). The record must be provided without charge and filed with this court on or before **May 5, 2021.**

Any response to appellants' motion challenging the ruling by the trial court is due on or before **May 10, 2021.**

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.